November 26, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

CHRISTOPHER ARGUIJO AND MELISSA GONZALEZ & ALL OTHER OCCUPANTS, Appellants

NO. 14-13-00827-CV                    V.

GREEN TREE SERVICING LLC, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on July 3, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Christopher Arguijo and Melissa Gonzalez & All Other Occupants.

We further order this decision certified below for observance.